Bradley C. HOLL, Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 2010–3098.

United States Court of Appeals,
Federal Circuit.

July 14, 2010.

Jeffrey S. Blanck, Reno, NV, for Petitioner.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Paul M. DEAN, Jr., Plaintiff–Appellant

v.

UNITED STATES, Defendant–Appellee.

No. 2010–5113.

United States Court of Appeals,
Federal Circuit.

July 14, 2010.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Jerome A. MAHER and John
R. Gravee, Plaintiffs–
Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–5130.

United States Court of Appeals,
Federal Circuit.

Aug. 24, 2010.

**20**

John O. Tuohy, Chicago, IL, for Plaintiffs–Appellants.

Vincent D. Phillips, Kenneth M. Dintzer, William G. Kanellis, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Kenneth TOMPKINS, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2009–3219.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2010.

Kenneth Tompkins, Lawrenceville, GA, pro se.

### ORDER

The petitioner having filed the required appendix, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

**RAZER (ASIA–PACIFIC) PTE LTD., Appellant,**

v.

**RAZOR USA LLC, Appellee.**

No. 2010–1452.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2010.

Amanda L. Nye, Lawyers at Large LLC, Tiburon, CA, for Appellant.

Michael K. Friedland, Paul A. Stewart, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, for Appellee.

### ORDER

The parties having so agreed, it is